\# 11090726
10-14-10
$ 253.85

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
    UNCLAIMED FUNDS



FILED
OCT 14 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

   The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

   APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

   Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 253.85 IN 2 CHECKS
 CHECK # 15234 FOR $ 189.84
CHECKS # 15235 FOR $ 64.01
Representing unclaimed funds.

DATED: 10-13-2010

_____
ALBERT J. MOGAVERO
TRUSTEE

Receipt # 11090736
10/14/10
$189.84

$189.84
Ck# 15234

FILED
OCT 14 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

Ck# 15235
64.01

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 11087 | ESAU | 0815256 | 5.01 | CHAPTER 7 TRUSTEE - MARK SCHLANT | | | | | |
| 11088 | DOBINSKI | 0913334 | 5.00 | CHAPTER 7 TRUSTEE - HAROLD BULAN | | | | | |
| 11085 | ANTHONY | 0913860 | 5.00 | CHAPTER 7 TRUSTEE - MARK WALLACH | | | | | |
| 11288 | GRZECHOWIAK | 0515941 | 22.15 | GREAT/NATIONSBANK | C/O NCO FINANCIAL SYSTEMS | 507 PRUDENTIAL ROAD | HORSHAM | PA | 19044 |
| 11288 | GRZECHOWIAK | 0515941 | 10.09 | GREAT/PNC BANK | C/O NCO FINANCIAL SYSTEMS | 507 PRUDENTIAL RD | HORSHAM | PA | 19044 |
| 11305 | RIFORGIAT | 0590136 | 73.06 | HSBC BANK USA | P.O. BOX 2103 | | BUFFALO | NY | 14240 |
| 11305 | RIFORGIAT | 0590136 | 53.28 | HSBC BANK USA | P.O. BOX 2103 | | BUFFALO | NY | 14240 |
| 11156 | DRUMMOND | 0516299 | 16.25 | HSBC CARD SERVICES | P.O. BOX 1323 | | BUFFALO | NY | 142409722 |
| | | | | | P.O. BOX 1323 | | BUFFALO | NY | 142409722 |
| 115795 | GOBLE | 0417695 | 1.16 | WILLIAM & KELLY GOBLE | 770 EAST AND WEST ROAD | | W. SENECA | NY | 14224 |
| 115801 | SCHRAGEL | 0511320 | 1.71 | ARTHUR & ROBIN SCHRAGEL | 195 CRESTMOUNT AVE., #4 | | TONAWANDA | NY | 14150 |
| 11582 | AKSENCZYK | 0519792 | 3.04 | GRAZYNA AKSENCZYK | 43 FAIRELM LANE | | CHEEKTOWAGA | NY | 142271357 |
| 115831 | SWIFT | 0600492 | 19.94 | CHRISTOPHER & MARY SWIFT | 3411 EMERLING DRIVE | | BLASDELL | NY | 14219 |
| 115853 | STANEK | 0701697 | 5.00 | JARETT P STANEK | 1169 SIERK ROAD | | ATTICA | NY | 14011 |
| 115853 | DEGOLIER | 0702848 | 3.13 | AUDREY J DEGOLIER | 6265 SOUTH STOCKTON-CASSADAG | | SINCLAIRVILLE | NY | 14782 |
| 115859 | BRADY | 0810328 | 5.00 | CHRISTIAN E BRADY | 41 LITCHFIELD AVE. | | DEPEW | NY | 14043 |
| 115860 | WILLIAMS | 0811806 | 5.01 | ANTHONY R WILLIAMS | 94 COLORADO AVENUE 2 FL. | | BUFFALO | NY | 14211 |
| 115861 | ROOF | 0812784 | 5.00 | CHARLES & JOYCE ROOF | 4169 LAWSON ROAD | | JAMESTOWN | NY | 14701 |

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 115867 | RENTZ | 0910145 | 5.02 | DANIEL & MARY JO RENTZ | 910 HIGHLAND AVENUE | | TONAWANDA NY | 14223 |
| 115889 | WISNIEWSKI | 0910602 | 5.00 | DEBORAH & DARREL WISNIEWSK | 62 ALDEN AVE. | | BUFFALO NY | 14216 |
| 115898 | MURPHY | 0915055 | 5.00 | LISA A MURPHY | 119 LAKEVIEW AVENUE | | JAMESTOWN NY | 14701 |



FILED OCT 14 2010 BANKRUPTCY COURT BUFFALO, N.Y.